# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                        No. 1:09-cr-30035-AA-1

      **Plaintiff,**        **ORDER APPOINTING COUNSEL**
**PURSUANT TO THE PROVISIONS**
   **v.**                          **OF THE CRIMINAL JUSTICE ACT,**
**18 U.S.C. § 3006A**

**CHRISTOPHER ACHIM HEINRICH**
**FALK,**

      **Defendant.**

  IT IS ORDERED that CJA Panel attorney Mark Sabitt is appointed

pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as

counsel for Christopher Achim Heinrich Falk, effective May 15, 2019.

  DATED this _20th_ day of May, 2019.

          _____

          Honorable Ann Aiken
          United States District Court Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender